David S. Spini, Esq. (SBN: 153652)
FITZPATRICK, SPINI & SWANSTON
441 Union Street
Watsonville, CA 95076
Telephone: (831) 728-5700
Facsimile: (831) 728-5710

Attorneys for Plaintiffs,
MARIA RAMIREZ, GUADALUPE TORRES,
and REINA CLAVEL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARIA RAMIREZ; GUADALUPE TORRES; and REINA CLAVEL,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPITALITY STAFFING SOLUTIONS, LLC; LNR SCOTTS VALLEY HOTEL LLC, doing business as HILTON SANTA CRUZ/SCOTTS VALLEY; A7PP HSV LLC, doing business as HILTON SANTA CRUZ/SCOTTS VALLEY; THE INN AT SCOTTS VALLEY, LLC; INDEPENDENT HOTELS LLC, doing business as HILTON SCOTTS VALLEY/SANTA CRUZ; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 5:16-CV-00233-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: June 8, 2016<br>Time: 10:00 a.m.<br>Dept.: 4 |

Good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference, currently scheduled for June 23, 2016, at 10:00 a.m. is continued to 7/28/16 at 10:00 a.m. Joint statement due by 7/21/16.

Dated: 6/10/2016

HONORABLE EDWARD J. DAVILA
Judge of the United States District Court

-3-

*Maria Ramirez, et al. v. Hospitality Staffing Solutions, LLC, et al.*